IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Criminal No. <u>01-20324-B</u> |
| | * | |
| DANNY BINDER, MURWIN BECKER, | * | |
| LENNY LNU, FOUAD BOUGHAIDAN, | * | |
| | * | |
| Defendants | * | |

### ORDER

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Indictment in this case is DISMISSED.

IT IS SO ORDERED this 24th day of May 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

Submitted by:

Stuart J. Canale
Assistant United States Attorney

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-25-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:01-CR-20324 was distributed by fax, mail, or direct printing on May 25, 2005 to the parties listed.

---

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT